```
JEFFER, MANGELS, BUTLER & MARMARO LLP
PAUL L. WARNER (Bar No. 54757)
Email: plw@jmbm.com
PATRICIA S. BRODY (Bar No. 70275)
Email: psb@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone:   (415) 398-8080
Facsimile:   (415) 398-5584
```

Attorneys for Defendants INFOPIA, INC., U.S. DIAGNOSTICS, INC., and AMERICAN HEALTHCARE, INC.

**FILED**
AUG 1 2 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFESCAN, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INFOPIA, INC., U.S. DIAGNOSTICS, INC., and AMERICAN HEALTHCARE, INC.,<br><br>Defendants. | CASE NO.   C 05 02874 MHP<br><br>**STIPULATION (1) REGARDING HEARING DATE AND BRIEFING SCHEDULE REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND (2) EXTENDING TIME OF ALL DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Hearing Date: September 19, 2005<br>Time:         2:00 p.m.<br>Courtroom:    15, 18th Floor<br>              Hon. Marilyn Hall Patel |

IT IS AGREED by and between Plaintiff and Defendants, through their respective counsel, as follows:

1. Pursuant to the request of the Court, the hearing on Plaintiff's Motion for Preliminary Injunction will be continued to September 19, 2005 at 2:00 p.m.;

2. The opposition of Defendants to the Motion for Preliminary Injunction will be filed and served on or before August 26, 2005;

3. The reply of Plaintiff in support of its Motion for Preliminary Injunction will be filed and served on or before September 2, 2005; and

///

4. Defendants have an extension of time up to and including August 26, 2005, within which to answer or otherwise respond to the Complaint. Defendants currently anticipate the response will be a motion challenging venue.

DATED: 8/11/05

BARRY W. LEE
AMY B. BRIGGS
STEEFEL, LEVITT & WEISS

By: _____
AMY B. BRIGGS
Attorneys for Plaintiff LIFESCAN, INC.

DATED: 8/11/05

JEFFER, MANGELS, BUTLER & MARMARO LLP
PAUL L. WARNER
PATRICIA S. BRODY

By: _____
PATRICIA S. BRODY
Attorneys for Defendants INPOPIA, INC., U.S. DIAGNOSTICS, INC., AND AMERICAN HEALTHCARE, INC.

8/12/05

**IT IS SO ORDERED**

_____
U.S. DISTRICT JUDGE