JEFFER, MANGELS, BUTLER & MARMARO LLP
PAUL L. WARNER (Bar No. 54757)
Email: plw@jmbm.com
PATRICIA S. BRODY (Bar No. 70275)
Email: psb@jmbm.com
RICHARD A. NEBB (Bar No. 146239)
Email: rnebb@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone:   (415) 398-8080
Facsimile:    (415) 398-5584

Attorneys for Defendants INFOPIA, INC., U.S. DIAGNOSTICS, INC., and AMERICAN HEALTHCARE, INC.

**FILED**

AUG 2 6 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LIFESCAN, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INFOPIA, INC., U.S. DIAGNOSTICS, INC., and AMERICAN HEALTHCARE, INC.,<br><br>Defendants. | CASE NO.   C 05 02874 MHP<br><br>**STIPULATION (1) REGARDING HEARING DATE AND BRIEFING SCHEDULE REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND (2) EXTENDING TIME OF ALL DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Hearing Date: October 3, 2005<br>Time:              2:00 p.m.<br>Courtroom:    15, 18th Floor<br>Hon. Marilyn Hall Patel |
|---|---|

Since the parties are discussing settlement, IT IS AGREED by and between Plaintiff and Defendants, through their respective counsel, as follows:

1. The hearing on Plaintiff's Motion for Preliminary Injunction will be continued to October 3, 2005 at 2:00 p.m.;

2. The opposition of Defendants to the Motion for Preliminary Injunction will be filed and served on or before September 9, 2005;

3. The reply of Plaintiff in support of its Motion for Preliminary Injunction will be filed and served on or before September 16, 2005; and

PRINTED ON
RECYCLED PAPER

MS Word PSB SF 450046v1 66357-0001 8/25/05

STIPULATION REGARDING MOTION AND
RESPONSE TO COMPLAINT

1  ///

2      4.    Defendants have an extension of time up to and including September 9, 2005,
3  within which to answer or otherwise respond to the Complaint. Defendants currently anticipate the
4  response will be a motion challenging venue.

6  DATED: Aug. 25, 2005

    BARRY W. LEE
    AMY B. BRIGGS
    STEEFEL, LEVITT & WEISS

    By: _____
          BARRY W. LEE
    Attorneys for Plaintiff LIFESCAN, INC.

11  DATED: 25 August 2005

    JEFFER, MANGELS, BUTLER & MARMARO LLP
    PAUL L. WARNER
    PATRICIA S. BRODY
    RICHARD A. NEBB

    By: _____
          RICHARD A. NEBB
    Attorneys for Defendants INFOPIA, INC., U.S.
    DIAGNOSTICS, INC., AND AMERICAN
    HEALTHCARE, INC.

8/26/05

**IT IS SO ORDERED**

_____
U.S. DISTRICT JUDGE