**FILED**

SEP - 9 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   PAUL L. WARNER (Bar No. 54757)
2  Email: plw@jmbm.com
   PATRICIA S. BRODY (Bar No. 70275)
3  Email: psb@jmbm.com
   RICHARD A. NEBB (Bar No. 146239)
4  Email: rnebb@jmbm.com
   Two Embarcadero Center, Fifth Floor
5  San Francisco, California 94111-3824
   Telephone:    (415) 398-8080
6  Facsimile:    (415) 398-5584

7  Attorneys for Defendants INFOPIA, INC., U.S. DIAGNOSTICS,
   INC., and AMERICAN HEALTHCARE, INC.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | LIFESCAN, INC.,                          | CASE NO.   C 05 02874 MHP
13 |                                          |
14 |              Plaintiff,                  | STIPULATION (1) REGARDING HEARING
   |                                          | DATE AND BRIEFING SCHEDULE
15 |         v.                               | REGARDING PLAINTIFF'S MOTION FOR
   |                                          | PRELIMINARY INJUNCTION AND (2)
16 | INFOPIA, INC., U.S. DIAGNOSTICS, INC.,   | EXTENDING TIME OF ALL
   | and AMERICAN HEALTHCARE, INC.,           | DEFENDANTS TO ANSWER OR
17 |                                          | OTHERWISE RESPOND TO COMPLAINT
   |              Defendants.                 |
18 |                                          | Hearing Date: October 17, 2005
   |                                          | Time:         2:00 p.m.
19 |                                          | Courtroom:    15, 18th Floor
   |                                          | Hon. Marilyn Hall Patel
20

21         Since the parties are discussing settlement, IT IS AGREED by and between Plaintiff

22 and Defendants, through their respective counsel, as follows:

23         1.    The hearing on Plaintiff's Motion for Preliminary Injunction will be

24 continued to October 17, 2005 at 2:00 p.m.;

25         2.    The opposition of Defendants to the Motion for Preliminary Injunction will

26 be filed and served on or before September 23, 2005;

27         3.    The reply of Plaintiff in support of its Motion for Preliminary Injunction will

28 be filed and served on or before September 30, 2005; and

PRINTED ON
RECYCLED PAPER

MS Word PSB SF 452243v1 66357-0001 8/25/05          STIPULATION REGARDING MOTION AND
                                                    RESPONSE TO COMPLAINT

1   ///

2         4.    Defendants have an extension of time up to and including September 23,

3   2005, within which to answer or otherwise respond to the Complaint. Defendants currently

4   anticipate the response will be a motion challenging venue.

6   DATED: Sept. 7, 2005

    BARRY W. LEE
    AMY B. BRIGGS
    STEEFEL, LEVITT & WEISS

    By: _____
        BARRY W. LEE
    Attorneys for Plaintiff LIFESCAN, INC.

11  DATED: Sept 8, 2005

    JEFFER, MANGELS, BUTLER & MARMARO LLP
    PAUL L. WARNER
    PATRICIA S. BRODY
    RICHARD A. NEBB

    By: _____
        RICHARD A. NEBB
    Attorneys for Defendants INFOPIA, INC., U.S.
    DIAGNOSTICS, INC., AND AMERICAN
    HEALTHCARE, INC.

9/9/05

**IT IS SO ORDERED**

_____
U.S. DISTRICT JUDGE