**FILED**

**SEP 2 8 2005**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  JEFFER, MANGELS, BUTLER & MARMARO LLP
2  PAUL L. WARNER (Bar No. 54757)
   Email: plw@jmbm.com
3  PATRICIA S. BRODY (Bar No. 70275)
   Email: psb@jmbm.com
4  RICHARD A. NEBB (Bar No. 146239)
   Email: mebb@jmbm.com
5  Two Embarcadero Center, Fifth Floor
   San Francisco, California 94111-3824
6  Telephone:  (415) 398-8080
   Facsimile:  (415) 398-5584

7  Attorneys for Defendants INFOPIA, INC., U.S. DIAGNOSTICS,
   INC., and AMERICAN HEALTHCARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFESCAN, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INFOPIA, INC., U.S. DIAGNOSTICS, INC., and AMERICAN HEALTHCARE, INC.,<br><br>Defendants. | CASE NO.   C 05 02874 MHP<br><br>**STIPULATION (1) REGARDING HEARING DATE AND BRIEFING SCHEDULE REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND (2) EXTENDING TIME OF ALL DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Hearing Date: October 31, 2005<br>Time:         2:00 p.m.<br>Courtroom:    15, 18th Floor<br>Hon. Marilyn Hall Patel |

Since the parties are discussing settlement, IT IS AGREED by and between Plaintiff and Defendants, through their respective counsel, as follows:

1. The hearing on Plaintiff's Motion for Preliminary Injunction will be continued to October 31, 2005 at 2:00 p.m.;

2. The opposition of Defendants to the Motion for Preliminary Injunction will be filed and served on or before October 7, 2005;

3. The reply of Plaintiff in support of its Motion for Preliminary Injunction will be filed and served on or before October 14, 2005; and

PRINTED ON
RECYCLED PAPER

MS Word PSB SF 4922435v3 86357-0001 9/22/05

STIPULATION REGARDING MOTION AND
RESPONSE TO COMPLAINT

1  ///

2        4.    Defendants have an extension of time up to and including October 7, 2005,
3  within which to answer or otherwise respond to the Complaint. Defendants currently anticipate the
4  response will be a motion challenging venue.

5

6  DATED: 9-23-05

       BARRY W. LEE
7         AMY B. BRIGGS
       STEEFEL, LEVITT & WEISS

8

9  By: _____
10            BARRY W. LEE
       Attorneys for Plaintiff LIFESCAN, INC.

11 DATED: 9-23-05

       JEFFER, MANGELS, BUTLER & MARMARO LLP
12        PAUL L. WARNER
       PATRICIA S. BRODY
13        RICHARD A. NEBB

14

15 By: _____
           RICHARD A. NEBB
16        Attorneys for Defendants INFOPIA, INC., U.S.
       DIAGNOSTICS, INC., AND AMERICAN
17        HEALTHCARE, INC.

18

19  
20  **IT IS SO ORDERED**
21  9/28/05
22  _____
       U.S. DISTRICT JUDGE
23

24

25

26

27

28

PRINTED ON
RECYCLED PAPER

MS Word PSB SF 453343v2 66957-0001 9/22/05       -2-    STIPULATION REGARDING MOTION AND
                                                        RESPONSE TO COMPLAINT