JEFFER, MANGELS, BUTLER & MARMARO LLP
PAUL L. WARNER (Bar No. 54757)
Email: plw@jmbm.com
PATRICIA S. BRODY (Bar No. 70275)
Email: psb@jmbm.com
RICHARD A. NEBB (Bar No. 146239)
Email: rnebb@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys for Defendants INFOPIA, INC., U.S. DIAGNOSTICS, INC., and AMERICAN HEALTHCARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFESCAN, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INFOPIA, INC., U.S. DIAGNOSTICS, INC., and AMERICAN HEALTHCARE, INC.,<br><br>Defendants. | CASE NO. C 05 02874 MHP<br><br>**STIPULATION (1) REGARDING HEARING DATE AND BRIEFING SCHEDULE REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND (2) EXTENDING TIME OF ALL DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Hearing Date: November 14, 2005<br>Time: 2:00 p.m.<br>Courtroom: 15, 18th Floor<br>Hon. Marilyn Hall Patel |

Since the parties are discussing settlement, IT IS AGREED by and between Plaintiff and Defendants, through their respective counsel, as follows:

1. The hearing on Plaintiff's Motion for Preliminary Injunction will be continued to November 14, 2005 at 2:00 p.m.;

2. The opposition of Defendants to the Motion for Preliminary Injunction will be filed and served on or before October 21, 2005;

3. The reply of Plaintiff in support of its Motion for Preliminary Injunction will be filed and served on or before October 28, 2005; and

PRINTED ON
RECYCLED PAPER

C 05 02874 MHP
458543v1

STIPULATION REGARDING MOTION AND RESPONSE TO COMPLAINT

4. Defendants have an extension of time up to and including October 21, 2005, within which to answer or otherwise respond to the Complaint. Defendants currently anticipate the response will be a motion challenging venue.

DATED:

BARRY W. LEE
AMY B. BRIGGS
STEEFEL, LEVITT & WEISS

By: /s/ Barry W. Lee

BARRY W. LEE

Attorneys for Plaintiff LIFESCAN, INC.

DATED:

JEFFER, MANGELS, BUTLER & MARMARO LLP
PAUL L. WARNER
PATRICIA S. BRODY
RICHARD A. NEBB

By: /s/ Richard A. Nebb

RICHARD A. NEBB

Attorneys for Defendants INFOPIA, INC., U.S. DIAGNOSTICS, INC., AND AMERICAN HEALTHCARE, INC.

October 12, 2005

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Marilyn H. Patel]

PRINTED ON RECYCLED PAPER

458543v1

- 2 -