JEFFER, MANGELS, BUTLER & MARMARO LLP
PAUL L. WARNER (Bar No. 54757)
Email: plw@jmbm.com
PATRICIA S. BRODY (Bar No. 70275)
Email: psb@jmbm.com
RICHARD A. NEBB (Bar No. 146239)
Email: rnebb@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone:  (415) 398-8080
Facsimile:   (415) 398-5584

Attorneys for Defendants INFOPIA, INC., U.S. DIAGNOSTICS, INC., and AMERICAN HEALTHCARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFESCAN, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INFOPIA, INC., U.S. DIAGNOSTICS, INC., and AMERICAN HEALTHCARE, INC.,<br><br>Defendants. | CASE NO.   C 05 02874 MHP<br><br>**STIPULATION (1) REGARDING HEARING DATE AND BRIEFING SCHEDULE REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND (2) EXTENDING TIME OF ALL DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Hearing Date: November 28, 2005<br>Time:             2:00 p.m.<br>Courtroom:   15, 18th Floor<br>Hon. Marilyn Hall Patel |

WHEREAS the parties have agreed to a settlement, but need additional time to complete the details thereof, IT IS AGREED by and between Plaintiff and Defendants, through their respective counsel, as follows:

1.   The hearing on Plaintiff's Motion for Preliminary Injunction will be continued to November 28, 2005 at 2:00 p.m.;

2.   The opposition of Defendants to the Motion for Preliminary Injunction will be filed and served on or before November 4, 2005;

3.   The reply of Plaintiff in support of its Motion for Preliminary Injunction will

1   be filed and served on or before November 11, 2005; and

2           4.    Defendants have an extension of time up to and including November 4, 2005,

3   within which to answer or otherwise respond to the Complaint.

4   DATED:                              BARRY W. LEE
                                        AMY B. BRIGGS
5                                 STEEFEL, LEVITT & WEISS

7                               By: _____
                                        BARRY W. LEE

8                               Attorneys for Plaintiff LIFESCAN, INC.

10   DATED:                            JEFFER, MANGELS, BUTLER & MARMARO LLP
                                        PAUL L. WARNER
11                                PATRICIA S. BRODY
                                RICHARD A. NEBB

13                               By: _____
                                        RICHARD A. NEBB

15                               Attorneys for Defendants INFOPIA, INC., U.S.
                              DIAGNOSTICS, INC., AND AMERICAN
16                               HEALTHCARE, INC.

[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Marilyn H. Patel]