Barry W. Lee (SBN 88685)
Amy B. Briggs (SBN 194028)
Steefel, Levitt & Weiss, P.C.
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 788-0900
Facsimile: (415) 788-2019

FILED

NOV - 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFESCAN, INC., | CASE NUMBER: C 05-02874 MHP |
| v.  Plaintiff(s) | |
| INFOPIA, INC., U.S. DIAGNOSTICS, INC., and AMERICAN HEALTHCARE, INC. | NOTICE OF DISMISSAL BY PLAINTIFF Rule 41(a)(1) F.R.Civ.P. |
| Defendant(s) | |

**PLEASE TAKE NOTICE:**

[X] The above-entitled action is

   or

[ ] Defendant(s)

hereby dismissed by the plaintiff(s), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

STEEFEL, LEVITT & WEISS

Dated: November 3, 2005

_____ / Attorney for Plaintiff
AMY B. BRIGGS

THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

10/7/05

IT IS SO ORDERED

_____
U.S. DISTRICT JUDGE

CV-09 (01/01)        NOTICE OF DISMISSAL BY PLAINTIFF
                     (Rule 41(a)(1), F.R.Civ.P.)

CCD-9